193 So. 888

**Ellis JINKS v. STATE.**

7 Div. 490.

Court of Appeals of Alabama.
Jan. 16, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

198 So. 876

**Elijah JOHNSON v. STATE.**

8 Div. 849.

Court of Appeals of Alabama.
Nov. 6, 1940.

W. L. Almon, of Florence, for appellant.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

190 So. 922

**Johnie JOHNSON v. STATE.**

8 Div. 885.

Court of Appeals of Alabama.
June 13, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

195 So. 908

**Lonnie JOHNSON v. STATE.**

6 Div. 636.

Court of Appeals of Alabama.
March 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

192 So. 915

**Louis JOHNSON v. STATE.**

6 Div. 471.

Court of Appeals of Alabama.
Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

192 So. 915

**Oscar W. JONES v. CITY OF TUSCALOOSA.**

6 Div. 578.

Court of Appeals of Alabama.
Dec. 1, 1939.

PER CURIAM.
Appeal dismissed for want of prosecution.